Opinion issued September 5, 2002













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00925-CV

____________


IN RE JULIUS J. CASEY, Relator






Original Proceeding on Petition for Writ of Habeas Corpus






MEMORANDUM OPINION

 Relator, Julius J. Casey, petitions this Court to grant him habeas corpus
relief. He argues that he is entitled to additional jail time credits. Relator is serving
a 55-year sentence for aggravated robbery. This Court has no jurisdiction to hear a
post-conviction application for writ of habeas corpus in a felony case. See Board of
Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth District, 910
S.W.2d 481, 483 (Tex. Crim. App. 1995). That authority rests exclusively with the
Texas Court of Criminal Appeals. See Ex parte Dunn, 976 S.W.2d 208 (Tex. Crim.
App. 1998); Tex. Code Crim. Proc. Ann. art. 11.07 (Vernon Supp. 2002).

 Accordingly, we dismiss relator's petition for writ of habeas corpus for want
of jurisdiction. All requested relief is denied.

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.